IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA BECK WILKINSON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:26-cv-1350 |
| | ) | |
| vs. | ) | |
| | ) | |
| ST. LOUIS LANGUAGE IMMERSION SCHOOL, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO PLAINTIFF OF REMOVAL**

TO: Mary Beck
Laura "Joanna" Beck Wilkinson
FOSTER + BLOOM LAW GROUP, PLLC
232 N. Kingshighway, Unit 1109
St. Louis, MO 63108

PLEASE TAKE NOTICE Defendants St. Louis Language Immersion School, Dr. Meghan Hill, and Jennifer Ting (collectively "Defendants"), have filed a Notice of Removal in the United States District Court for the Eastern District of Missouri, Eastern Division, for removal of the action now pending in the Twenty-Second Judicial Circuit of St. Louis City, Missouri, entitled *St. Louis Language Immersion School, Dr. Meghan Hill, and Jennifer Ting*; Case No. 2622-CC13338.

Respectfully submitted,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: <u>*/s/ Michelle H. Basi*</u>
Michelle H. Basi, #54943MO
Melanie Gurley Keeney, #37889MO
34 N. Meramec Avenue, Suite 600
St. Louis, MO 63105
(314) 880-3600
(314) 880-3601 (facsimile)
mbasi@tuethkeeney.com
mkeeney@tuethkeeney.com

***Attorneys for Defendants St. Louis Language Immersion School, Dr. Meghan Hill, and Jennifer Ting***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was sent via the Court's electronic filing system and electronic mail on this 24th day of August 2026 upon the following:

Mary Beck
Laura "Joanna" Beck Wilkinson
FOSTER + BLOOM LAW GROUP, PLLC
232 N. Kingshighway, Unit 1109
St. Louis, MO 63108
Tel: (573) 446-7554
Fax: (866) 632-1345
joanna@fosterbloomlaw.com

*Attorneys for Plaintiffs*

<u>*/s/ Michelle H. Basi*</u>