2622-CC13338

Electronically Filed - City of St. Louis - August 21, 2026 - 07:41 PM

# IN THE 22ND JUDICIAL CIRCUIT IN AND FOR THE CITY OF ST. LOUIS, STATE OF MISSOURI CIVIL DIVISION

**LAURA BECK WILKINSON,**
Individually and as next friend of
**TWIN/CHILD A,**
and
**TWIN/CHILD B,**
Minor Children, Date of Birth: [redacted]
Plaintiffs.

vs.

**ST. LOUIS LANGUAGE IMMERSION SCHOOL; DR. MEGHAN HILL,** in her official capacity; and **JENNIFER TING,** in her official capacity,
Defendants.

Cause No.
Division No.

# PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs move under Missouri Rule of Civil Procedure 92.02 for a noticed temporary restraining order and preliminary injunction. In support, Plaintiffs state:

1. Plaintiffs filed a Verified Petition establishing specific facts showing immediate and irreparable injury.

2. Plaintiffs are City of St. Louis residents. The minor twin children TWIN/CHILD A and TWIN/CHILD B ("the Twins") applied for SLLIS's eighth-grade Spanish immersion program for the 2026–2027 school year.

3. SLLIS's published policy states that new Spanish Program applicants are welcome in grades two and above and that applicants whose prior school provided less than fifty percent instruction in Spanish may be assessed before enrollment.

4. On or about June, 2026, Defendant Ting spoke to Plaintiff Laura Beck Wilkinson and scheduled a language-placement assessment for August 21, 2026. Before that assessment could occur, on August 3, 2026, SLLIS denied the applications because the Twins had previously completed eighth grade in English—a categorical restriction absent from the published policy.

Electronically Filed - City of St. Louis - August 21, 2026 - 07:41 PM

5. SLLIS now states that it will waive the prior-grade-completion criterion and enroll the Twins only if they pass a Spanish-language evaluation. SLLIS has not disclosed an objective passing standard and has not provided registration or enrollment materials, although school begins in four days.

6. That conditional proposal does not eliminate the emergency. It preserves SLLIS's claimed authority to deny enrollment based on an assessment result and leaves the Twins without completed enrollment immediately before classes begin.

7. Plaintiffs relied on SLLIS's language-readiness process by arranging spring semester tutoring three days/week, summer tutoring five days/week with an SLLIS faculty member, and a two-week Spanish immersion trip in Spain.

8. The school year is imminent, and the Twins have no available alternative placement. Without immediate relief they will lose educational time that cannot be restored through money damages.

9. Plaintiffs are likely to succeed because RSMo § 160.410 requires enrollment of resident pupils subject to lawful capacity and grade-level limits; SLLIS offers eighth grade; and its published policy expressly creates an upper-grade Spanish assessment pathway without any prior-grade-completion bar.

10. The balance of harms favors relief. Provisional admission of two resident students—or, alternatively, immediate assessment and preservation of two seats—creates minimal burden, while denial threatens loss of an entire school year.

11. The public interest favors transparent and consistent application of a public charter school's published admissions policy.

12. Plaintiffs request a noticed TRO of no more than fifteen days and an expedited preliminary-injunction hearing. Plaintiffs will provide reasonable notice at least twenty-four hours before the hearing as required by Rule 92.02(a)(3).

13. Plaintiffs are prepared to execute a bond or make a cash deposit in the amount the Court directs under Rule 92.02(d), and request a nominal amount because Defendants face no identifiable monetary loss.

WHEREFORE, Plaintiffs request that the Court:

A. Direct Defendants immediately to enroll TWIN/CHILD A and TWIN/CHILD A in SLLIS for the 2026–2027 school year, provide all registration and enrollment materials, and place them in SLLIS's eighth-grade Spanish Program pending the preliminary-injunction hearing;

B. Alternatively, direct immediate enrollment in SLLIS; prohibit Defendants from using prior completion of eighth grade, Spanish-language proficiency, or any assessment result to deny, delay, condition, or terminate enrollment; permit a fair assessment solely to

Electronically Filed - City of St. Louis - August 21, 2026 - 07:41 PM

determine appropriate grade placement within SLLIS's Spanish Program; and preserve two seats pending that placement determination and further order;

C. Set an expedited preliminary-injunction hearing at the earliest available date;

D. Fix a nominal bond or cash deposit; and

E. Grant all further relief the Court deems just.

**RESPECTFULLY SUBMITTED,**
**FOSTER + BLOOM LAW GROUP, PLLC**

BY: ___LJBW___

MARY BECK, MO BAR NO. 33789
**LAURA "JOANNA" BECK WILKINSON, MO BAR NO. 62583**
JOANNA@FOSTERBLOOMLAW.COM
232 NORTH KINGSHIGHWAY
UNIT 1109
ST. LOUIS, MISSOURI 63108
PHONE NO. 573.446.7554
FACSIMILE NO. 866.632.1345
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

COPY OF THE ABOVE AND FOREGOING SERVED VIA MISSOURI COURT'S E-FILING SYSTEM AND/OR ELECTRONICALLY MAILED ON ____________________ WITH NOTICE TO:

**MICHELLE BASI**
**MBASI@TUETHKEENEY.COM**
**ATTORNEY FOR DEFENDANTS**

___LJBW___

**LAURA "JOANNA" BECK WILKINSON**
JOANNA@FOSTERBLOOMLAW.COM